ETTIE KAMMERMAN et al., Respondents, *v.* 170 ST. PHARMACY, INC., Appellant, et al., Defendants.

Argued October 24, 1945; decided November 29, 1945.

*William L. Shumate* for appellant.
*Victor Deutsch* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.